UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| KELVIN BROWN, | ) | | |
|---|---|---|---|
| Petitioner, | ) ) ) | | |
| v. | ) | No. | 3:21-CV-066-CEA-DCP |
| STATE OF TENNESSEE, | ) ) ) | | |
| Respondent. | ) ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/* **JOHN L. MEDEARIS**
CLERK OF COURT